## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-37113 CAD |
| **Case Name:** | MAHONEY, GARRETT JAMES |
| **Taxpayer ID #:** | 13-7549721 |
| **Period Ending:** | 06/18/07 |

| | |
|---|---|
| **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****54-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/15/06 | {7} | Garrett J. Mahoney/Credit Union 1 | per settlement | 1129-000 | 10,769.99 | | 10,769.99 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 2.59 | | 10,772.58 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 7.18 | | 10,779.76 |
| 01/31/07 | | Chase Bank | backup withholding | 2990-000 | | 2.01 | 10,777.75 |
| 02/08/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-37113<br>Voided on 02/08/07 | 2300-003 | | 14.68 | 10,763.07 |
| 02/08/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-37113<br>Voided: check issued on 02/08/07 | 2300-003 | | -14.68 | 10,777.75 |
| 02/08/07 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-37113, Bond #016026455 | 2300-000 | | 14.68 | 10,763.07 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.36 | | 10,768.43 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.75 | | 10,774.18 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.94 | | 10,780.12 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.94 | | 10,786.06 |
| 06/18/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 3.26 | | 10,789.32 |
| 06/18/07 | | To Account #********5466 | in preparation of final report | 9999-000 | | 10,789.32 | 0.00 |

EXHIBIT

C

Subtotals :  $10,806.01  $10,806.01

Printed: 06/18/2007 03:53 PM   V.9.02

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-37113 CAD
**Case Name:** MAHONEY, GARRETT JAMES

**Taxpayer ID #:** 13-7549721
**Period Ending:** 06/18/07

**Trustee:** DAVID P. LEIBOWITZ (330570)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****54-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 10,806.01 | 10,806.01 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,789.32 | |
| | | | **Subtotal** | | **10,806.01** | **16.69** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,806.01** | **$16.69** | |

Printed  06/18/2007 03 53 PM    V 9 02

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-37113 CAD |
| **Case Name:** | MAHONEY, GARRETT JAMES |
| **Taxpayer ID #:** | 13-7549721 |
| **Period Ending:** | 06/18/07 |

| | |
|---|---|
| **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | \*\*\*-\*\*\*\*\*54-66 – Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/18/07 | | From Account #\*\*\*\*\*\*\*\*5465 | in preparation of final report | 9999-000 ! | 10,789.32 | | 10,789.32 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,789.32 | 0.00 | $10,789.32 |
| Less: Bank Transfers | 10,789.32 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # \*\*\*-\*\*\*\*\*54-65** | 10,806.01 | 16.69 | 0.00 |
| **Checking # \*\*\*-\*\*\*\*\*54-66** | 0.00 | 0.00 | 10,789.32 |
| | $10,806.01 | $16.69 | $10,789.32 |