**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **MAHONEY, GARRETT JAMES** | ) | |
| | ) | **CASE NO. 05 B 37113** |
| | ) | |
| | ) | **JUDGE CAROL A. DOYLE** |
| **Debtor(s)** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: **U.S.BANKRUPTCY COURT, 219 S. DEARBORN ST. CHICAGO, IL. 60604**

    On: **SEPTEMBER 25,2007**

    At: **10:30 A.M.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                              $     10,806.01

    b. Disbursements                         $          16.69

    c. Net Cash Available for Distribution  $    10,789.32

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|---|
| Trustee | $ | 0.00 | $ 1,830.60 | $ |
| Trustee | $ | 0.00 | $ | $   124.51 |
| Trustee's Firm Legal | $ | 0.00 | $ 1,225.00 | $ |
| Trustee's Firm Legal | $ | 0.00 | $ | $     5.04 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $56,464.89, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $13.47%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $  7,925.59 | $  1,067.35 |
| 2 | MBNA America Bank NA | $ 17,665.21 | $  2,378.99 |
| 3 | Citibank (South Dakota) NA | $ 16,573.12 | $  2,231.91 |
| 4 | American Express Centurion Bank | $ 14,300.97 | $  1,925.92 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal

Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:   **AUGUST 14,2007**            For the Court,

                              By:  **KENNETH S.GARDNER**
                                   Kenneth S. Gardner
                                   Clerk of the United States Bankruptcy Court
                                   219 S. Dearborn Street, 7th Floor
                                   Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

7113   Doc 32   Filed 08/14/07   Entered 08/17/07 00:27:55   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: sward                  Page 1 of 1                  Date Rcvd: Aug 14, 2007
Case: 05-37113                  Form ID: pdf002              Total Served: 16

The following entities were served by first class mail on Aug 16, 2007.
db          +Garrett James Mahoney,   402 B Woodview Circle,   Elgin, IL 60120-7169
aty         +Laura Barrientos-DuVall,   Leibowitz Law Center,   420 W. Clayton St.,   Waukegan, IL 60085-4216
aty         +Robert M. Kaplan,   Robert M. Kaplan, Attorney at Law,   1535 West Schaumburg Road,   Suite 204,
              Schaumburg, IL 60194-4042
aty         +Sharanya Gururajan,   Leibowitz Law Center,   420 West Clayton Street,   Waukegan, IL 60085-4216
tr          +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
9816107      American Express,   PO Box 360002,   Fort Lauderdale, FL 33326
10569251     American Express Centurion Bank,   c/o Becket and Lee, LLP,   P.O. Box 3001,
              Malvern, PA 19355-0701
9816108     +American Lock,   3400 W. Exchange Road,   Crete, IL 60417-2099
9816109     +Bank of America,   PO Box 1390,   Norfolk, VA 23501-1390
10497021    +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
9816110     +Chase United Mileage Plus,   PO Box 15153,   Wilmington, DE 19886-5153
9816111     +Citi Bank Cards,   PO Box 688905,   Des Moines, IA 50368-8905
10565899    +Citibank (South Dakota) NA,   Citibank/Choice,   Exception Payment Processing,   P O Box 6305,
              The Lakes, NV 88901-6305
9816113     +Fleet Bank of America,   Customer Services,   PO Box 15480,   Wilmington, DE 19850-5480
9816114     +MBNA America Bank NA,   PO Box 15168 MS 1423,   Wilmington, DE 19850-5168

The following entities were served by electronic transmission on Aug 15, 2007.
9816112      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 15 2007 03:01:10     Discover Bank,   PO Box 15251,
              Wilmington, DE 19886
                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2007**          **Signature:** _Joseph Speetjens_